Cite as 2023 Ark. 4

# SUPREME COURT OF ARKANSAS

IN RE ARKANSAS SUPREME COURT
COMMITTEE ON CRIMINAL PRACTICE

**Opinion Delivered:** January 26, 2023

**PER CURIAM**

The Honorable Keith L. Chrestman, Circuit Judge, of Jonesboro; Michael Kiel Kaiser, Esq., of Little Rock; and Michael S. Robbins, Esq., of Dover are reappointed to the Arkansas Supreme Court Committee on Criminal Practice for three-year terms to expire on January 31, 2026. The court thanks them for their willingness to serve on this important committee.